**Mabel Bretag, appellee, v. Ellen M. Dooley, appellant. Gen. No. 27,697.**

Action for personal injuries due to a fall caused by the breaking of a defective railing on the rear porch of a building owned by defendant. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in this court at the March term, 1922. Affirmed on remittitur of

$2,500; otherwise reversed and remanded.    Opinion filed December 11, 1922.

Winston, Strawn & Shaw, for appellant; Edward W. Everett and Harold Beacom, of counsel.    McCormick, Kirkland, Patterson & Fleming, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.